**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS MARTINEZ,

                    Plaintiff,                          19 **CIVIL** 7378 (VSB) (SN)

        -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 10, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           August 11, 2020

                                                        **RUBY J. KRAJICK**
                                                         _____
                                                                 Clerk of Court
                                                     BY: _____
                                                                  Deputy Clerk