UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS MARTINEZ,

                        Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY, et al.,

                      Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/11/2020

19-CV-07378 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On August 10, 2020, the Hon. Vernon S. Broderick remanded this case for further consideration of the plaintiff's application for disability benefits and closed this case. On November 6, 2020, the plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) (ECF No. 24).

       The parties are directed to meet and confer in an attempt to resolve this motion without judicial intervention. Should that meeting prove unsuccessful, the defendant is directed to file its opposition papers within 30 days of the motion's filing.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     New York, New York
                 November 11, 2020